**Opinion issued August 23, 2012.**



In The

# Court of Appeals
### For The
# First District of Texas

---

**NO. 01-11-01030-CV**

---

**LEE FREGEAU, Appellant**

**V.**

**JO ELLEN COWAN, Appellee**

---

**On Appeal from the County Court at Law No. 3 & Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI045527**

---

## MEMORANDUM OPINION

Appellant, Lee Fregeau, has failed to timely file a brief.  *See* TEX. R. APP. P.

38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file

brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.